**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **CUONG LOW BACCAM,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1395-KC** |
| | § | |
| **TODD BLANCHE et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## <u>ORDER</u>

On this day, the Court considered the case.  On May 18, 2026, Cuong Low Baccam, a refugee of Vietnam subject to a final order of removal, filed a Petition for a Writ of Habeas Corpus, ECF No. 1.  In answer to the Court's Show Cause Order, ECF No. 3, Respondents filed their Response, ECF No. 4, in opposition to Baccam's Petition.  Baccam filed a Reply, ECF No. 5.

Respondents argue that Baccam's continued detention is lawful because his "removal is, in fact, significantly likely in the reasonably foreseeable future."  Resp. 3.  In support, they attach the Declaration of Deportation Officer Osbaldo Gonzalez ("Gonzalez Decl."), ECF No. 4-1. According to Gonzalez, on February 16, 2026, Enforcement and Removal Operations ("ERO") El Paso submitted a travel document request for Baccam to Headquarters ("HQ") Laos Removal International Operations ("RIO") and Detention and Deportation Officer ("DDO").  *See* Gonzalez Decl. ¶¶ 6–7.  On April 1, HQ RIO reached out to ERO El Paso for additional information on Baccam's parents and subsequently determined that Baccam was a Vietnamese national.  *Id.* ¶ 7.  Accordingly, on April 9, ERO El Paso submitted a travel document request to

Vietnam RIO and DDO.  *Id.* ¶ 8.  This request is still pending review and approval and thus has not yet been submitted to Vietnam.  *See id.*

Given that Baccam's removal to Vietnam would likely moot this Petition, the Court takes this matter under advisement pending additional information from Respondents.

Accordingly, the Court **ORDERS** that Respondents shall **FILE** a status report **by no later than June 29, 2026**, detailing the following:

(1) whether the travel document request has been approved by Vietnam RIO and DDO, and if not, the anticipated timeline for approval;

(2) if the travel document request was approved by Vietnam RIO and DDO, whether the request was submitted to Vietnam, and if not, the anticipated timeline for submission;

(3) if the travel document request was submitted to Vietnam, the date of submission and whether it has been approved, and if not, the anticipated timeline for approval;

(4) if Vietnam approved the travel document, the date of approval and whether Baccam has been removed to Vietnam, and if not, the anticipated timeline for removal.

**Respondents are CAUTIONED that the Court will not look favorably on a failure to submit Baccam's travel document request to Vietnam by that time**.

**SO ORDERED**.

**SIGNED this 28th day of May, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2