**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **CUONG LOW BACCAM,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1395-KC** |
| | § | |
| **TODD BLANCHE et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

On this day, the Court considered the case.  On May 28, 2026, the Court ordered Respondents to file a status report by June 29, stating (1) whether the travel document request for Cuong Low Baccam was approved by Vietnam RIO and DDO, and if not, the anticipated timeline for approval; (2) if the travel document request was approved by Vietnam RIO and DDO, whether the request was submitted to Vietnam, and if not, the anticipated timeline for submission; (3) if the travel document request was submitted to Vietnam, the date of submission and whether it was approved, and if not, the anticipated timeline for approval; and (4) if Vietnam approved the travel document, the date of approval and whether Baccam was removed to Vietnam, and if not, the anticipated timeline for removal.  May 28, 2026, Order, ECF No. 6.

Respondents have now filed a Status Report, ECF No. 7, to which they attach the Declaration of Deportation Officer Danny Alaniz ("Alaniz Decl."), ECF No. 7-1.  According to Alaniz, RIO DDO approved the travel document request on June 18, and, that same day, submitted the request to Vietnam.  Alaniz Decl. ¶¶ 5–7.  "There is currently no anticipated timeline for approval," but "ERO anticipates to remove [Baccam] in the near future."  *Id.* ¶ 7.

Baccam filed a Reply, ECF No. 8, to which he attaches the Declaration of Thao Ha, Ph.D., ECF No. 8-1. According to Ha, it could take much longer than six months, possibly more than a year, for Vietnam to decide whether to issue a travel document for Baccam. *See* Ha Decl. ¶¶ 12, 20. Ha also explains that the only travel document Vietnam issues is a passport, and to obtain a passport, one must be a citizen. *Id.* ¶ 10. Thus, he states that it is unlikely that Baccam, who was not born in Vietnam and came to the United States before 1995, will be able to prove his citizenship to obtain a travel document. *See id.* ¶¶ 5, 9–12, 17, 20–22.

However, at this point, the court requires more information from Respondents regarding the travel document request submitted to Vietnam on Baccam's behalf, to determine whether Baccam's removal is not significantly likely to occur in the reasonably foreseeable future. The Court thus finds it appropriate to order an additional status report in this case.

Accordingly, the Court **ORDERS** that Respondents shall **FILE** a status report **by no later than July 30, 2026**, detailing the following:

(1) Whether Vietnam has approved the travel document request.

(2) If Vietnam has not approved the travel document request:

    a. the anticipated timeline for approval;

    b. whether the fact that Baccam was born in Laos is an obstacle to Vietnam approving the travel document request, and if so, the concrete steps taken to overcome this obstacle;

    c. whether Baccam is missing any documents required to obtain a travel document from Vietnam, and if so, the concrete steps taken to overcome this obstacle; and

    d.   whether the fact that Baccam came to the United States before 1995 is an obstacle to Vietnam approving the travel document request, and if so, the concrete steps taken to overcome this obstacle.

(3) If Vietnam approved the request, the date of approval and whether Baccam has been removed to Vietnam, and if not, the anticipated timeline for his removal.

**Respondents are CAUTIONED that if Vietnam has not approved the travel document request by that time, Respondents must provide concrete details regarding the anticipated timeline for Vietnam's approval and any obstacles**.

**SO ORDERED**.

**SIGNED this 1st day of July, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

3