**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **CUONG LOW BACCAM,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1395-KC** |
| | § | |
| **TODD BLANCHE et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**<u>FINAL JUDGMENT</u>**

On this day, the Court considered the case. On August 4, 2026, the Court ordered Respondents, by no later than August 18, 2026, to either (1) remove Cuong Low Baccam from the United States through lawful means, or (2) release him from custody under reasonable conditions of supervision. Aug. 4, 2026, Order 5, ECF No. 12.

Respondents now inform the Court that, on August 16, Baccam was released from custody under an order of supervision. Status Report, ECF No. 13; *see id.* Ex. A ("Supervision Order"), ECF No. 13-1.

Therefore, it appears that that no matters remain pending for the Court's consideration. *See generally* Pet., ECF No. 1; Aug. 4, 2026, Order. Accordingly, **<u>the Clerk shall close the case</u>**.

**SO ORDERED**.

**SIGNED this 19th day of August, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE